# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.  **CV 17-4205-JFW(AGRx)**                                  Date: January 23, 2018

Title:    Isolation Network, Inc. -v- Westchester Surplus Lines Insurance Company

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
      None                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER OF DISMISSAL**

      In the Stipulation to Extend All Deadlines in Light of Settlement of Action filed on January 18, 2018, Dkt. No. 43, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before March 12, 2018. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until March 12, 2018. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

      IT IS SO ORDERED.

Initials of Deputy Clerk  sr